IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR127 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CARLOS RAMOS | |
| Defendant. | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [82]. The defendant remains incapacitated and unable to travel. For good cause shown,

**IT IS ORDERED** that the defendant's unopposed Motion to Continue Trial [82] is granted as follows:

1. The jury trial, now set for September 3, 2019, is continued to **November 5, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 5, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge**.

Dated this 28th day of August 2019.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge